Argued and submitted August 29, appeal dismissed October 3, reconsideration denied November 28, 1990, petition for review allowed by memorandum opinion February 7, 1991
See 311 Or 149 (1991)

STATE OF OREGON,
*Appellant,*

*v.*

LYLE LAVERNE TAYLOR,
*Respondent.*

(89-WL-6019; CA A61736)

797 P2d 1079

Michael C. Livingston, Assistant Attorney General, Salem, argued the cause for appellant. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Andrew M. Rich and Huffman, Zenger & Rich, P.C., Hillsboro, waived appearance for respondent.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Appeal dismissed. *State v. Carrillo,* 101 Or App 247, 790 P2d 1159, *rev allowed* 310 Or 195 (1990).